[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-11727
Non-Argument Calendar
_____

D.C. Docket No. 2:15-cr-00335-RDP-TFM-10

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAQUAN MARTEZ YOUNG,
a.k.a. "Big Head" Or "Head",

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama
_____

(January 5, 2018)

Before TJOFLAT, WILLIAM PRYOR and NEWSOM, Circuit Judges.

PER CURIAM:

Jaquan Young appeals the sentence the district court imposed following his plea of guilty to conspiracy to distribute a controlled substance. 21 U.S.C. §§ 841(a)(1), 846. Young argues that the district court clearly erred by imposing a two-level enhancement under section 2D1.1(b)(1) of the Sentencing Guidelines and by declining to apply a mitigating-role reduction under section 3B1.2. But we cannot afford Young any meaningful relief. Young was sentenced to the statutory-minimum sentence of 120 months of imprisonment. So any error in calculating his advisory guideline range was harmless. *See United States v. Chirino-Alvarez*, 615 F.3d 1344, 1346 (11th Cir. 2010). We affirm.

**AFFIRMED.**